ROME, W. & O. R. Co., Appellant, *v.* CITY OF ROCHESTER, Respondent.

(*Supreme Court, General Term, Fifth Department.* June 22, 1889.)

Argued before BARKER, P. J., and DWIGHT and MACOMBER, JJ.
No opinion.   Judgment and order affirmed, with costs.

---

*In re* SAYRE'S ESTATE.

(*Supreme Court, General Term, Fifth Department.* June 22, 1889.)

For hearing on appeal, see 3 N. Y. Supp. 388.
Argued before BARKER, P. J., and DWIGHT and MACOMBER, JJ.
No opinion.   Motion for reargument granted.

---

SEVENTH-DAY BAPTIST EDUCATION SOC., Appellant, *v.* TRUMAN, Respondent.

(*Supreme Court, General Term, Fifth Department.* June 22, 1889.)

Argued before BARKER, P. J., and DWIGHT and MACOMBER, JJ.
No opinion.   Judgment affirmed.

---

THAYER, Respondent, *v.* MCNAUGHTON, Appellant.

(*Supreme Court, General Term, Fifth Department.* June 22, 1889.)

Argued before BARKER, P. J., and DWIGHT and MACOMBER, JJ.
No opinion.   Order affirmed, with $10 costs and disbursements.